NUMBER 13-04-364-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
___________________________________________________________________

IN THE ESTATE OF RICARDO CASTILLO, DECEASED
___________________________________________________________________

On appeal from the County Court
of Kleberg County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, Laura Cuevas, perfected an appeal from a judgment entered by the
County Court at Law of Kleberg County, Texas, in cause number 5103. After the
record was filed, appellant filed a motion to dismiss the appeal. Appellant requests
that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 9th day of June, 2005.